# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00654-CV

**Russell Gene Frerichs, Appellant**

**v.**

**Venessa Lynne Frerichs, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### NO. 03-2305-FC3, HONORABLE DONALD HIGGINBOTHAM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The trial court signed its final judgment on August 31, 2004, and appellant appealed on September 30. On October 4, the Clerk of this Court sent appellant notice that he was required to request and make arrangements to pay for the record within ten days. On November 15, the court reporter informed this Court that appellant had not requested the record or made payment arrangements. On January 20, 2005, this Court notified appellant that the clerk's record was overdue and that his appeal would be dismissed for want of prosecution if he did not make a request and payment arrangements by January 31. To date, appellant has not responded to this Court's notices. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:   February 22, 2005